IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMETT BROWN, | Case No. 2:14-cv-0383 |
| Plaintiff, | The Honorable Maurice B. Cohill |
| v. | |
| AMERICAN AIRLINES, | |
| Defendant. | |

## ORDER

AND NOW, on this \_\_\_11th\_\_\_ day of \_\_\_September\_\_\_, 2014, it is hereby ORDERED that the Plaintiff's MOTION TO SUBSTITUTE ENVOY AIR INC. d/b/a AMERICAN EAGLE AS DEFENDANT is granted. The caption in this matter is further amended to read:

EMMETT BROWN,

    Plaintiff,

v.

ENVOY AIR INC. d/b/a AMERICAN EAGLE,

    Defendant.

The Clerk is further directed to amend the caption on the docket for this matter.

 

_/s/ Maurice B. Cohill, Jr._
HONORABLE MAURICE B. COHILL, JR.