# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMETT BROWN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil No. 14-383-MBC |
| | ) |
| ENVOY AIR INC., d/b/a AMERICAN EAGLE, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

AND NOW, to-wit, this 10th day of March, 2015, it is hereby ORDERED, ADJUDGED and DECREED that the parties having elected to have a post-discovery status conference following the completion of fact discovery, said conference shall be held on Tuesday, April 6, 2015 at 11:00 A.M. in the chambers of Judge Maurice B. Cohill, Jr., U.S. Courthouse, 700 Grant Street, Pittsburgh, PA.

At this conference the Court will address:

(a) dates by which dispositive motions should be filed and responded to;
(b) dates by which the parties' pre-trial statements should be filed;
(c) dates by which motions in limine should be filed and responded to;
(d) date for the final pre-trial conference; and
(e) trial dates.

If possible, the parties shall submit to the Court no later than March 31, 2015, a joint proposed filing date for dispositive motions and all responses and replies thereto. If the parties cannot reach an agreement as to these dates, then no later than March 31, 2015, each party individually shall submit to the Court a proposed filing date for dispositive motions and all responses and replies thereto.

Defense counsel The Farrington Law Firm, LLC's oral request to participate in the conference by telephone is GRANTED on the condition that local defense counsel, Allison Feldstein of Eckert, Seamans, Cherin & Mellott will be present in person at the conference.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge